[No. 41334-1-I.    Division One.    November 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFRIE L. FORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00616-0, Charles W. Mertel, J., entered September 15, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41781-9-I.    Division One.    November 9, 1998.]

EUGENE A. STOCK, *Appellant*, v. DANIEL J. MURPHY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-03380-4, William L. Downing, J., entered November 14, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 21625-6-II.    Division Two.    November 13, 1998.]

GEORGE LUND, *Appellant*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-05841-3, Terry D. Sebring, J., entered January 9, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ. Now published at 93 Wn. App. 329.

[No. 21747-3-II.    Division Two.    November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE JAMES MAHONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-8-02540-0, D. Gary Steiner, J., entered January 22, 1997. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.